PEOPLE V WHITEHEAD. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 April 10, 1972, at Detroit. (Docket No. 12019.) Decided May 4, 1972. Leave to appeal denied, 388 Mich 776.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Delia E. Phillips,* for defendant on appeal.

Before: FITZGERALD, P. J., and McGREGOR and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was convicted of second-degree murder and appeals.

We have examined the record and studied the briefs. We find no error upon which reversal could properly be predicated.

Affirmed.

PEOPLE V ALEXANDER. Appeal from Wayne, Robert G. Schemanske, J. Submitted Division 1 April 4, 1972, at Detroit. (Docket No. 12234.) Decided May 4, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Gerard A. Poehlman,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: LEVIN, P. J., and J. H. GILLIS and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of assault with intent to rob while armed, and appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.